**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT PENNSYLVANIA DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Angie D. Valentin<br>    dba Unity Investments, LLC<br><br>            Debtor | CHAPTER 13<br><br>BKY. NO. 18-17497 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of Select Portfolio Servicing as servicer for U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-3 and index same on the master mailing list.

                    Respectfully submitted,
                    **/s/ Rebecca A. Solarz, Esq**
                    Rebecca A Solarz, Esquire
                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 627-1322