United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-17497-amc
Angie D. Valentin                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: John              Page 1 of 1              Date Rcvd: Nov 14, 2018
                            Form ID: 130            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2018.
db          +Angie D. Valentin,    4519 Higbee Street,    Philadelphia, PA 19135-3628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:
      JOSEPH VACCARO    on behalf of Debtor Angie D. Valentin vaccaroesq@erielawcenter.com,
       acevedoesq@erielawcenter.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                        TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                                                    Chapter: 13

    Angie D. Valentin

                Debtor(s)              Bankruptcy No: 18−17497−amc

*O R D E R*

**AND NOW,** this 14th day of November, 2018 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Chapter 13 Plan due by 11/26/2018.
    Schedules AB−J due 11/26/2018.
    Statement of Financial Affairs due 11/26/2018.
    Summary of Assets and Liabilities Form B106 due 11/26/2018.

    Chapter 13 Statement of Your Current Monthly Income and
    Calculation of Commitment Period Form 122C−1 due 11/26/2018.
    Means Test Calculation Form 122C−2 due 11/26/2018.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Ashely M. Chan
Judge , United States Bankruptcy Court

8
Form 130