UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH VACCARO, Esq.
ATTORNEY FOR DEBTORS
5918 TORRESDALE AVENUE
PHILADELPHIA, PA 19135
TEL: 215-527-0887
ATTORNEY ID: 83366

In Re:
*[Enter the debtor's name(s)]*

ANGIE VALENTIN

Case No.: 18-17497
*[Enter the case number]*

Chapter: _THIRTEEN
*[Enter the chapter; example: 13]*

Judge:
*[Enter the Judge's last name]*

## APPLICATION TO EXTEND THE TIME TO FILE MISSING DOCUMENTS

I, *[Enter the debtor's name]* JOSEPH VACCARO, Esq., (attorney) am the debtor in this case and submit this application in support of my request to extend the time within which I must file the balance of my schedules. I am fully familiar with my case, and certify as follows:

1. I filed for bankruptcy on: *[Enter the date you filed your petition]* NOVEMBER 12, 2018.

2. When I filed my petition, I did not file all the documents required to be filed under chapter *[Enter the chapter under which you filed your bankruptcy case, i.e., chapter 7]* THIRTEEN the Bankruptcy Code.

3. As a result of my failure to file a complete petition, the court issued a *Notice of Missing Documents and Notice of Dismissal if Documents Are Not Timely Filed*. According to the *Notice*, I must file the balance of my schedules by *[Enter the date by which the balance of your schedules must be filed]* NOVEMBER 26, 2018.

4. I   have, XX have not previously sought to extend the time within which the balance of my schedules must be filed.

5. I am unable to file the balance of my schedules by the above date because: *[Enter the reason you are unable to file the balance of your schedules at this time]* MISREAD MY CALENDAR, WORKING TO HAVE ALL MISSING DOCUMENTS COMPLETED & FILED TODAY.

I certify under penalty of perjury that the foregoing statements are true.

Date: NOVEMBER 27, 2018        /S/ Joseph Vaccaro, Esq.
                               Signature of Debtor    JOSEPH VACCARO, Esq.

Date: _____           _____
                               Signature of Joint Debtor (if any)

```
UNITED STATES BANKRUPTCY COURT
   EASTERN DISTRICT OF PENNSYLVANIA
XXXXXXXXXXXXXXXXXXXXXXXX
```
[Enter your name, address and phone number]

JOSEPH VACCARO, Esq.

ATTORNEY FOR DEBTORS

5918 TORRESDALE AVENUE

PHILADELPHIA, PA 19135

TEL: 215-527-0887

ATTORNEY ID: 83366

In Re:
[Enter the debtor's name(s)]

ANGIE VALENTIN

Case No.: 18-17497
[Enter the case number]

Chapter: THIRTEEN
[Enter the chapter of the case]

Judge:
[Enter the Judge's last name]

## CERTIFICATION OF SERVICE

1. I, [Enter your name] JOSEPH VACCARO, Esq. am the [Enter your relationship to the case. For example, debtor, debtor's attorney] DEBTORS' ATTORNEY in this case.

2. On [Enter the date you served the documents] NOV. 27, 2018 I sent a copy of the following pleadings and/or documents to the parties listed in the MATRIX
[Pace a check next to each document you served]

   ☒ Application to Extend Time to File Missing Documents

   ☒ Proposed Order Extending Time to File Missing Documents

   ☐ Other _____
   [Specify the additional document(s) served]

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated below.

Date: NOVEMBER 27, 2018
[Enter the date you signed this document]

/S/ Joseph Vaccaro, Esq.
Signature [Of the person who served the documents]

| UNITED STATES BANKRUPTCY COURT |
|---|
| EASTERN DISTRICT OF PENNSYLVANIA |
| XXXXXXXXXXXXXXXXXXXXXXXX |
| *[Enter your name, address and phone number]* |
| JOSEPH VACCARO, Esq. |
| ATTORNEY FOR DEBTORS |
| 5918 TORRESDALE AVENUE |
| PHILADELPHIA, PA  19135 |
| TEL: 215-527-0887 |
| ATTORNEY ID: 83366 |

In Re:
*[Enter the debtor's name(s)]*

ANGIE VALENTIN

Case No.: 18-17497
*[Enter the case number]*

Chapter: THIRTEEN
*[Enter the case number]*

Judge: _____
*[Enter the Judge's last name]*

## ORDER CONCERNING APPLICATION TO EXTEND TIME TO FILE MISSING DOCUMENTS

The relief set forth on the following page is **ORDERED**.

*[Leave the rest of this page blank]*

The Court having reviewed the debtor's Application Time to Extend Time to File Missing Documents, and any related responses or objections, it is hereby

ORDERED that:

☐ The debtor's request to extend the time within which the missing documents must be filed is granted. The balance of the debtor's schedules as set forth in the Court's *Notice of Missing Documents and Notice of Dismissal if Documents are Not Timely Filed* must be received by the Court no later than _____. If all missing documents are not filed by this date, the case will be dismissed without further notice.

☐ The debtor's request to extend the time to file missing documents is denied. The case is dismissed. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

new.8/22/16