UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :
                                    :    Chapter 13
    Angie D. Valentin           :
                                    :    Bankruptcy No. 18-17497AMC
    Debtor.                     :

## O R D E R

**AND NOW**, this 8th day of January, 2019, the Debtor having filed the above bankruptcy case on November 12, 2018,

**AND**, the Debtor having filed four (4) prior bankruptcy cases before the present case:

Including case number 11-15436, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on July 9, 2011 and dismissed on July 28, 2011 for failure to file information,

Including case number 11-16641, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on August 26, 2011 and dismissed on July 17, 2012 for unreasonable delay by debtor,

Including case number 12-17903, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on August 22, 2012 and dismissed on October 25, 2012 for failure to file information,

Including case number 18-16916, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on October 17, 2018 and dismissed on November 6, 2018 for failure to file information,

**AND,** the docket reflecting that the Debtor has failed to file the below listed documents as requested by the Chapter 13 Trustee:

      Attorney Disclosure Statement
      Chapter 13 Plan
      Chapter 13 Statement of Current Monthly Income Form 122C-1
      Means Test Calculation Form 122C-2
      Schedules AB-J
      Statement of Financial Affairs
      Summary of Assets and Liabilities Form B106

**AND,** it appearing that it may be appropriate to enter an **order barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first obtaining this Court's permission, to the extent this Court finds that the Debtor filed this case in bad faith,

It is hereby **ORDERED** that:

A **HEARING** to consider **DISMISSAL** of this case and **RESTRICTIONS** on the Debtor's right to refile another bankruptcy case is **SCHEDULED on January 29, 2019 at 11:00 a.m. in Bankruptcy Courtroom No. 4, Second Floor, Robert N.C. Nix Building & Courthouse, 900 Market Street, Philadelphia, Pennsylvania** to show cause why this bankruptcy case should not be dismissed for Debtor's failure to file documents.

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice and an Order may be entered **barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

                                        _____
                                        Ashely M. Chan
                                        United States Bankruptcy Judge