United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-17497-amc
Angie D. Valentin                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: John         Page 1 of 2           Date Rcvd: Jan 09, 2019
                       Form ID: pdf900     Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2019.
```
db            +Angie D. Valentin,    4519 Higbee Street,    Philadelphia, PA 19135-3628
cr            +The Bank Of New York Mellon Et Al,    c/o THOMAS YOUNG HAE SONG,    1617 JFK Blvd. Suite 1400,
                Philadelphia, PA 19103-1814
cr            +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEH,    710 Market Street, Suite 5000,
                c/o REBECCA ANN SOLARZ,    Philadelphia, PA 19106-2312
14230146      +AES/PNC EDUCATION LOAN CENTER,    P. O. BOX 61047,    HARRISBURG, PA 17106-1047
14230141      +CHRISTOPHER F. BAGNATO, ESQ., LL.M.,    JENSEN BAGNATO, PC,    1500 WALNUT STREET, SUITE 1920,
                PHILADELPHIA, PA 19102-3509
14230143      +COMCAST CABLE COMMUNICATIONS,    ENHANCED RECOVERY COMPANY,    P. O. BOX 57547,
                JACKSONVILLE, FL 32241-7547
14230151       DIRECT LOAN SVC SYSTEM,    P. O. BOX 5609,    GREENVILLE, TX  75403-5609
14230144      +GREAT LAKES HIGHER EDUCATION,    P. O. BOX 7860,    MADISON, WI 53707-7860
14230140      +KML LAW GROUP, P.C.,    SUITE 5000  BNY MELLON INDEPENDENCE CEN,    701 MARKET STREET,
                PHILADELPHIA, PA 19106-1538
14230158      +McCABE WEISBERG & CONWAY, P.C.,    123 S. BROAD STREET, STE. 2080,    PHILADELPHIA, PA 19109-1031
14230153      +OFFICE OF THE PROTHONOTARY,    COURT OF COMMON PLEAS,    FIRST JUDICIAL DISTRICT OF PENNSYLVANIA,
                ROOM 284, CITY HALL,    PHILADELPHIA, PA 19107-3243
14230154      +OFFICE OF THE SHERIFF,    OF PHILADELPHIA COUNTY,    100 S BROAD ST., FIFTH FLOOR,
                PHILADELPHIA, PA 19110-1023
14230149      +SALLIE MAE,    123 JUSTISON STREET,    WILMINGTON, DE 19801-5360
14249440       THE BANK OF NEW YORK MELLON, et.al.,    OCWEN LOAN SERVICING, LLC,    ATTN: BANKRUPTCY DEPARTMENT,
                P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605
14246251      +The Bank Of New York Mellon Et Al,    c/o THOMAS YOUNG HAE SONG,
                Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Blvd. Suite 1400,
                Philadelphia, PA 19103-1814
14231962      +U.S. BANK NATIONAL ASSOCIATION,    FOR CSMC MORTGAGE-BACKED SERIES 07-00003,
                c/o REBECCA ANN SOLARZ,    710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312
14230156       UDREN LAW OFFICES, P.C.,    WOODCREST CORPORATE CENTER,    111 WOODCREST ROAD, STE. 200,
                CHERRY HILL, NJ  08003  3620
14230152      +US DEPT. OF EDUCATION/GL,    401 INTERNATIONAL,    P. O. BOX 7859,    MADISON, WI 53707-7859
14230142      +WILLIAM CLAUDIO,    2137 NORTH HOPE STREET,    PHILADELPHIA, PA 19122-1708
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jan 10 2019 03:11:40     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 10 2019 03:11:17
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 10 2019 03:11:29     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14230155       E-mail/Text: megan.harper@phila.gov Jan 10 2019 03:11:40     CITY OF PHILADELPHIA,
                c/o LAW DEPARTMENT,    1515 ARCH ST, 14TH FLOOR,    PHILADELPHIA PA 19107
14230147      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 10 2019 03:11:06     COMENITY BANK/LIMITED,
                P. O. BOX 182789,    COLUMBUS, OH 43218-2789
14230145       E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 10 2019 03:11:26     JEFFERSON CAPITAL SYSTEMS,
                VERIZON WIRELESS,    16 MCLELAND ROAD,    St. CLOUD, MN  56303
14251027       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 10 2019 03:21:34     LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14230148      +E-mail/PDF: pa_dc_claims@navient.com Jan 10 2019 03:09:49     SALLIE MAE,    P. O. BOX 9500,
                WILKES BARRE, PA 18773-9500
14230160      +E-mail/Text: jennifer.chacon@spservicing.com Jan 10 2019 03:11:50
                SELECT PORTFOLIO SERVICING,    P. O. BOX 65250,    SALT LAKE CITY, UT 84165-0250
14230150      +E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2019 03:09:49     SYNCHRONY BANK/LOWES,
                P. O. BOX 965005,    ORLANDO, FL 32896-5005
14229432      +E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2019 03:10:12     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14230157       THE BANK OF NEW YORK MELLON,,    SUCCESSOR IN INTEREST TO,    JPMORGAN CHASE BANK, NATIONAL,
                ASSOCIATION AS TRUSTEE FOR THE,    REGISTERED HOLDERS OF NOVASTAR,
                MORTGAGE FUNDING TRUST, SERIES
14230159       THE BANK OF NEW YORK MELLON,,    AS SUCCESSOR TRUSTEE UNDER,    NOVASTAR MORTGAGE FUNDING,
                TRUST, SERIES 2005-1,    SAXON MORTGAGE SERVICES, INC.,    4708 MERCANTILE DRIVE NORTH
14230139       U.S. BANK NATIONAL ASSOCIATION,,    AS TRUSTEE, ON BEHALF OF THE,
                HOLDERS OF THE CSMC MORTGAGE-,    BACKED PASS-THROUGH,    CERTIFICATES, SERIES 2007-3,
                3217 S. DECKER LAKE DRIVE
```

```
District/off: 0313-2          User: John             Page 2 of 2            Date Rcvd: Jan 09, 2019
                              Form ID: pdf900        Total Noticed: 30

cr*         +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2019 at the address(es) listed below:
```
              JOSEPH VACCARO    on behalf of Debtor Angie D. Valentin vaccaroesq@erielawcenter.com,
               acevedoesq@erielawcenter.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON
               BEHALF OF THE HOLDERS OF THE CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-3
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor   The Bank Of New York Mellon Et Al paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :
                                                  :    Chapter 13
    Angie D. Valentin                        :
                                                  :    Bankruptcy No. 18-17497AMC
        Debtor.                               :

# ORDER

**AND NOW**, this 8th day of January, 2019, the Debtor having filed the above bankruptcy case on November 12, 2018,

**AND**, the Debtor having filed four (4) prior bankruptcy cases before the present case:

Including case number 11-15436, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on July 9, 2011 and dismissed on July 28, 2011 for failure to file information,

Including case number 11-16641, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on August 26, 2011 and dismissed on July 17, 2012 for unreasonable delay by debtor,

Including case number 12-17903, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on August 22, 2012 and dismissed on October 25, 2012 for failure to file information,

Including case number 18-16916, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on October 17, 2018 and dismissed on November 6, 2018 for failure to file information,

**AND**, the docket reflecting that the Debtor has failed to file the below listed documents as requested by the Chapter 13 Trustee:

    Attorney Disclosure Statement
    Chapter 13 Plan
    Chapter 13 Statement of Current Monthly Income Form 122C-1
    Means Test Calculation Form 122C-2
    Schedules AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities Form B106

**AND,** it appearing that it may be appropriate to enter an **order barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first obtaining this Court's permission, to the extent this Court finds that the Debtor filed this case in bad faith,

It is hereby **ORDERED** that:

A **HEARING** to consider **DISMISSAL** of this case and **RESTRICTIONS** on the Debtor's right to refile another bankruptcy case is **SCHEDULED on January 29, 2019 at 11:00 a.m. in Bankruptcy Courtroom No. 4, Second Floor, Robert N.C. Nix Building & Courthouse, 900 Market Street, Philadelphia, Pennsylvania** to show cause why this bankruptcy case should not be dismissed for Debtor's failure to file documents.

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice and an Order may be entered **barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

_____
Ashely M. Chan
United States Bankruptcy Judge