Certificate of Notice    Page 1 of 4

```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania

In re:                                                              Case No. 18-17497-amc
Angie D. Valentin                                                   Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0313-2           User: dlv                  Page 1 of 2                  Date Rcvd: Feb 01, 2019
                               Form ID: 309I              Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2019.
db             +Angie D. Valentin,    4519 Higbee Street,    Philadelphia, PA 19135-3628
14230146       +AES/PNC EDUCATION LOAN CENTER,    P. O. BOX 61047,    HARRISBURG, PA 17106-1047
14230141       +CHRISTOPHER F. BAGNATO, ESQ., LL.M.,    JENSEN BAGNATO, PC,    1500 WALNUT STREET, SUITE 1920,
                 PHILADELPHIA, PA 19102-3509
14230143       +COMCAST CABLE COMMUNICATIONS,    ENHANCED RECOVERY COMPANY,    P. O. BOX 57547,
                 JACKSONVILLE, FL 32241-7547
14230151        DIRECT LOAN SVC SYSTEM,   P. O. BOX 5609,    GREENVILLE, TX  75403-5609
14230144       +GREAT LAKES HIGHER EDUCATION,    P. O. BOX 7860,   MADISON, WI 53707-7860
14230140       +KML LAW GROUP, P.C.,   SUITE 5000 BNY MELLON INDEPENDENCE CEN,    701 MARKET STREET,
                 PHILADELPHIA, PA 19106-1538
14230158       +McCABE WEISBERG & CONWAY, P.C.,    123 S. BROAD STREET, STE. 2080,    PHILADELPHIA, PA 19109-1031
14230153       +OFFICE OF THE PROTHONOTARY,    COURT OF COMMON PLEAS,    FIRST JUDICIAL DISTRICT OF PENNSYLVANIA,
                 ROOM 284, CITY HALL,   PHILADELPHIA, PA 19107-3243
14230154       +OFFICE OF THE SHERIFF,   OF PHILADELPHIA COUNTY,    100 S BROAD ST., FIFTH FLOOR,
                 PHILADELPHIA, PA 19110-1023
14230149       +SALLIE MAE,   123 JUSTISON STREET,    WILMINGTON, DE 19801-5360
14249440        THE BANK OF NEW YORK MELLON, et.al.,    OCWEN LOAN SERVICING, LLC,    ATTN: BANKRUPTCY DEPARTMENT,
                 P.O. BOX 24605,   WEST PALM BEACH FL 33416-4605
14230156        UDREN LAW OFFICES, P.C.,   WOODCREST CORPORATE CENTER,    111 WOODCREST ROAD, STE. 200,
                 CHERRY HILL, NJ  08003  3620
14230152       +US DEPT. OF EDUCATION/GL,   401 INTERNATIONAL,    P. O. BOX 7859,    MADISON, WI 53707-7859
14230142       +WILLIAM CLAUDIO,   2137 NORTH HOPE STREET,    PHILADELPHIA, PA 19122-1708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: vaccaroesq@erielawcenter.com Feb 02 2019 03:34:15     JOSEPH VACCARO,
                 5908 Torresdale Avenue,   Philadelphia, PA  19135
tr             +E-mail/Text: bncnotice@ph13trustee.com Feb 02 2019 03:35:56     WILLIAM C. MILLER, Esq.,
                 Chapter 13 Trustee,   P.O. Box 1229,   Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Feb 02 2019 03:35:23     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 02 2019 03:34:38
                 Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 02 2019 03:35:16     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Feb 02 2019 03:35:02     United States Trustee,
                 Office of the U.S. Trustee,   833 Chestnut Street,    Suite 500,   Philadelphia, PA 19107-4405
14258774        EDI: RESURGENT.COM Feb 02 2019 08:18:00     CACH, LLC,    Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
14230155        E-mail/Text: megan.harper@phila.gov Feb 02 2019 03:35:23     CITY OF PHILADELPHIA,
                 c/o LAW DEPARTMENT,   1515 ARCH ST, 14TH FLOOR,    PHILADELPHIA PA 19107
14230147       +EDI: WFNNB.COM Feb 02 2019 08:18:00     COMENITY BANK/LIMITED,    P. O. BOX 182789,
                 COLUMBUS, OH 43218-2789
14230145        EDI: JEFFERSONCAP.COM Feb 02 2019 08:18:00     JEFFERSON CAPITAL SYSTEMS,    VERIZON WIRELESS,
                 16 MCLELAND ROAD,   St. CLOUD, MN  56303
14251027        EDI: RESURGENT.COM Feb 02 2019 08:18:00     LVNV Funding, LLC,    Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
14230148       +EDI: NAVIENTFKASMSERV.COM Feb 02 2019 08:18:00     SALLIE MAE,    P. O. BOX 9500,
                 WILKES BARRE, PA 18773-9500
14230160       +E-mail/Text: jennifer.chacon@spservicing.com Feb 02 2019 03:36:08
                 SELECT PORTFOLIO SERVICING,   P. O. BOX 65250,    SALT LAKE CITY, UT 84165-0250
14230150       +EDI: RMSC.COM Feb 02 2019 08:18:00     SYNCHRONY BANK/LOWES,    P. O. BOX 965005,
                 ORLANDO, FL 32896-5005
14229432       +EDI: RMSC.COM Feb 02 2019 08:18:00     Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
                                                                                                TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14230157         THE BANK OF NEW YORK MELLON,,    SUCCESSOR IN INTEREST TO,   JPMORGAN CHASE BANK, NATIONAL,
                   ASSOCIATION AS TRUSTEE FOR THE,    REGISTERED HOLDERS OF NOVASTAR,
                   MORTGAGE FUNDING TRUST, SERIES
14230159         THE BANK OF NEW YORK MELLON,,    AS SUCCESSOR TRUSTEE UNDER,   NOVASTAR MORTGAGE FUNDING,
                   TRUST, SERIES 2005-1,   SAXON MORTGAGE SERVICES, INC.,    4708 MERCANTILE DRIVE NORTH
14230139         U.S. BANK NATIONAL ASSOCIATION,,    AS TRUSTEE, ON BEHALF OF THE,
                   HOLDERS OF THE CSMC MORTGAGE-,   BACKED PASS-THROUGH,   CERTIFICATES, SERIES 2007-3,
                   3217 S. DECKER LAKE DRIVE
                                                                                  TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2          User: dlv              Page 2 of 2             Date Rcvd: Feb 01, 2019
                              Form ID: 309I          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2019 at the address(es) listed below:
              JOSEPH  VACCARO    on behalf of Debtor Angie D. Valentin vaccaroesq@erielawcenter.com,
               acevedoesq@erielawcenter.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON
               BEHALF OF THE HOLDERS OF THE CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-3
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor   The Bank Of New York Mellon Et Al paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 5
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Angie D. Valentin** | Social Security number or ITIN | **xxx–xx–8481** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter | **13    11/12/18** |
| Case number: | **18–17497–amc** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Angie D. Valentin | |
| 2. | **All other names used in the last 8 years** | dba Unity Investments, LLC | |
| 3. | **Address** | 4519 Higbee Street<br>Philadelphia, PA 19135 | |
| 4. | **Debtor's attorney**<br>Name and address | JOSEPH VACCARO<br>5908 Torresdale Avenue<br>Philadelphia, PA 19135 | Contact phone 215–527–0887<br>Email: vaccaroesq@erielawcenter.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br>Contact phone (215)408–2800<br>Date: 2/1/19 |

**For more information, see page 2**

Debtor **Angie D. Valentin**                                                                                                                                   Case number **18–17497–amc**

| | | |
|---|---|---|
| **7. Meeting of creditors** <br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 13, 2019 at 11:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:** <br> **Suite 18–341, 1234 Market Street,** <br> **Philadelphia, PA 19107** |
| **8. Deadlines** <br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** <br> **You must file:** <br> • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or <br> • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/12/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/21/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/11/19** |
| | **Deadlines for filing proof of claim:** <br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. <br> If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. <br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 413.10 per month for 36 months. The plan is enclosed. <br> The hearing on confirmation will be held on: <br> **4/16/19** at **10:00 AM** , Location: **Courtroom #4, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |