# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 18-17497-AMC

ANGIE D VALENTIN

4519 HIGBEE STREET

PHILADELPHIA, PA 19135

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    ANGIE D VALENTIN

    4519 HIGBEE STREET

    PHILADELPHIA, PA 19135

**Counsel for debtor(s), by electronic notice only.**
    JOSEPH VACCARO
    5908 TORRESDALE AVE

    PHILADELPHIA, PA 19135

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

          /s/ William C. Miller

Date: 4/18/2019

          _____
          William C. Miller, Esquire
          Chapter 13 Standing Trustee