# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                       Chapter 13

                       Bankruptcy No. 18-17497-AMC

ANGIE D VALENTIN

4519 HIGBEE STREET

PHILADELPHIA, PA 19135

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ANGIE D VALENTIN

    4519 HIGBEE STREET

    PHILADELPHIA, PA 19135

Counsel for debtor(s), by electronic notice only.

    JOSEPH VACCARO
    5908 TORRESDALE AVE

    PHILADELPHIA, PA 19135

Date: 4/30/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee