## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE : Angie D. Valentin

**Chapter 13**

Debtor                BANKRUPTCY NO. 19-10163AMC

PRAECIPE

Kindly relist the above captioned Chapter 13 Bankruptcy Case for a confirmation hearing to November 14, 2019 at 10:00 a.m.

`                                  Respectfully submitted

/s/ William C. Miller

Date: October 30, 2019

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee