## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE : Angie D. Valentin

**Chapter 13**

Debtor                    BANKRUPTCY NO. 18-17497AMC

PRAECIPE

Kindly relist the above captioned Chapter 13 Bankruptcy Case for a confirmation hearing to November 14, 2019 at 10:00 a.m.

`                                    Respectfully submitted

                                    /s/ William C. Miller

Date: October 30, 2019

                                    _____
                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee