```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                                   Case No. 18-17497-amc
Angie D. Valentin                                                        Chapter 13
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0313-2          User: John               Page 1 of 2              Date Rcvd: Oct 31, 2019
                              Form ID: 160             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2019.
db             +Angie D. Valentin,    4519 Higbee Street,     Philadelphia, PA 19135-3628
cr             +The Bank Of New York Mellon Et Al,    c/o THOMAS YOUNG HAE SONG,     1617 JFK Blvd. Suite 1400,
                 Philadelphia, PA 19103-1814
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEH,     710 Market Street, Suite 5000,
                 c/o REBECCA ANN SOLARZ,    Philadelphia, PA 19106-2312
14230146       +AES/PNC EDUCATION LOAN CENTER,    P. O. BOX 61047,    HARRISBURG, PA 17106-1047
14230141       +CHRISTOPHER F. BAGNATO, ESQ., LL.M.,     JENSEN BAGNATO, PC,    1500 WALNUT STREET, SUITE 1920,
                 PHILADELPHIA, PA 19102-3509
14230143       +COMCAST CABLE COMMUNICATIONS,    ENHANCED RECOVERY COMPANY,     P. O. BOX 57547,
                 JACKSONVILLE, FL 32241-7547
14230151        DIRECT LOAN SVC SYSTEM,    P. O. BOX 5609,    GREENVILLE, TX  75403-5609
14230144       +GREAT LAKES HIGHER EDUCATION,    P. O. BOX 7860,    MADISON, WI 53707-7860
14230140       +KML LAW GROUP, P.C.,    SUITE 5000  BNY MELLON INDEPENDENCE CEN,    701 MARKET STREET,
                 PHILADELPHIA, PA 19106-1538
14230158       +McCABE WEISBERG & CONWAY, P.C.,    123 S. BROAD STREET, STE. 2080,    PHILADELPHIA, PA 19109-1031
14230153       +OFFICE OF THE PROTHONOTARY,    COURT OF COMMON PLEAS,     FIRST JUDICIAL DISTRICT OF PENNSYLVANIA,
                 ROOM 284, CITY HALL,    PHILADELPHIA, PA 19107-3243
14230154       +OFFICE OF THE SHERIFF,    OF PHILADELPHIA COUNTY,    100 S BROAD ST., FIFTH FLOOR,
                 PHILADELPHIA, PA 19110-1023
14249440        THE BANK OF NEW YORK MELLON, et.al.,     OCWEN LOAN SERVICING, LLC,    ATTN: BANKRUPTCY DEPARTMENT,
                 P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605
14246251       +++The Bank of New York Mellon Et Al,    c/o JEROME B. BLANK,
                 Phelan Hallinan Diamond & Jones, LLP,     1617 JFK Blvd. Suite 1400,
                 Philadelphia, PA 19103-1814
14231962       +U.S. BANK NATIONAL ASSOCIATION,    FOR CSMC MORTGAGE-BACKED SERIES 07-00003,
                 c/o REBECCA ANN SOLARZ,    710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312
14230156        UDREN LAW OFFICES, P.C.,    WOODCREST CORPORATE CENTER,     111 WOODCREST ROAD, STE. 200,
                 CHERRY HILL, NJ  08003  3620
14294948        UNITED STATES DEPARTMENT OF EDUCATION,     CLAIMS FILING UNIT,    PO BOX 8973,
                 MADISON, WI 53708-8973
14230152       +US DEPT. OF EDUCATION/GL,    401 INTERNATIONAL,    P. O. BOX 7859,    MADISON, WI 53707-7859
14230142       +WILLIAM CLAUDIO,    2137 NORTH HOPE STREET,    PHILADELPHIA, PA 19122-1708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: megan.harper@phila.gov Nov 01 2019 03:15:19      City of Philadelphia,
                 City of Philadelphia Law Department,     c/o Joshua Domer,    1401 JFK Blvd. 5th Floor,
                 Philadelphia, PA  19102
14258774        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 01 2019 03:16:36       CACH, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14344233        E-mail/Text: megan.harper@phila.gov Nov 01 2019 03:15:19      City of Philadelphia,
                 Law Department,    c/o Joshua Domer,    1401 JFK Blvd. 5th Floor,    Philadelphia, PA 19102
14230155        E-mail/Text: megan.harper@phila.gov Nov 01 2019 03:15:19      CITY OF PHILADELPHIA,
                 c/o LAW DEPARTMENT,    1515 ARCH ST, 14TH FLOOR,    PHILADELPHIA PA 19107
14321540       +E-mail/Text: megan.harper@phila.gov Nov 01 2019 03:15:18
                 CITY OF PHILADELPHIA LAW DEPARTMENT,     TAX & REVENUE UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,     PHILADELPHIA, PA 19102-1613
14230147       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 01 2019 03:14:32      COMENITY BANK/LIMITED,
                 P. O. BOX 182789,    COLUMBUS, OH 43218-2789
14230145        E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 01 2019 03:15:00      JEFFERSON CAPITAL SYSTEMS,
                 VERIZON WIRELESS,    16 MCLELAND ROAD,    St. CLOUD, MN  56303
14251027        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 01 2019 03:16:36       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14230148       +E-mail/PDF: pa_dc_claims@navient.com Nov 01 2019 03:17:02      SALLIE MAE,    P. O. BOX 9500,
                 WILKES BARRE, PA 18773-9500
14230149       +E-mail/PDF: pa_dc_claims@navient.com Nov 01 2019 03:17:02      SALLIE MAE,    123 JUSTISON STREET,
                 WILMINGTON, DE 19801-5360
14230160       +E-mail/Text: jennifer.chacon@spservicing.com Nov 01 2019 03:15:38
                 SELECT PORTFOLIO SERVICING,    P. O. BOX 65250,    SALT LAKE CITY, UT 84165-0250
14230150       +E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2019 03:16:45      SYNCHRONY BANK/LOWES,
                 P. O. BOX 965005,    ORLANDO, FL 32896-5005
14229432       +E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2019 03:16:46      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
14308745        E-mail/Text: jennifer.chacon@spservicing.com Nov 01 2019 03:15:38
                 U.S. Bank National Association, as trustee et al..,     c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14230157        THE BANK OF NEW YORK MELLON,,    SUCCESSOR IN INTEREST TO,    JPMORGAN CHASE BANK, NATIONAL,
                 ASSOCIATION AS TRUSTEE FOR THE,    REGISTERED HOLDERS OF NOVASTAR,
                 MORTGAGE FUNDING TRUST, SERIES
14230159        THE BANK OF NEW YORK MELLON,,    AS SUCCESSOR TRUSTEE UNDER,    NOVASTAR MORTGAGE FUNDING,
                 TRUST, SERIES 2005-1,    SAXON MORTGAGE SERVICES, INC.,    4708 MERCANTILE DRIVE NORTH
```

```
District/off: 0313-2           User: John                 Page 2 of 2                   Date Rcvd: Oct 31, 2019
                               Form ID: 160               Total Noticed: 33

              ***** BYPASSED RECIPIENTS (continued) *****
14230139         U.S. BANK NATIONAL ASSOCIATION,,    AS TRUSTEE, ON BEHALF OF THE,
                  HOLDERS OF THE CSMC MORTGAGE-,    BACKED PASS-THROUGH,    CERTIFICATES, SERIES 2007-3,
                  3217 S. DECKER LAKE DRIVE
cr*             +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                         TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2019 at the address(es) listed below:
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon Et Al
               jerome.blank@phelanhallinan.com
              JOSEPH VACCARO    on behalf of Debtor Angie D. Valentin vaccaroesq@erielawcenter.com,
               acevedoesq@erielawcenter.com
              JOSHUA DOMER    on behalf of Creditor    City of Philadelphia joshua.domer@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON
               BEHALF OF THE HOLDERS OF THE CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-3
               bkgroup@kmllawgroup.com
              ROBERT J. DAVIDOW    on behalf of Creditor    The Bank Of New York Mellon Et Al
               robert.davidow@phelanhallinan.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    The Bank Of New York Mellon Et Al paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 9
```

*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Angie D. Valentin
    Debtor(s)

Case No: 18–17497–amc

Chapter: 13

---

### NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Court,

    on: 11/14/19

    at: 10:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 10/31/19

For The Court

Timothy B. McGrath
Clerk of Court

54 – 48
Form 160