## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Angie D. Valentin

CHAPTER 13

Bankruptcy No. 18-17497AMC

PRAECIPE

Kindly relist the above captioned Chapter 13 Bankruptcy Case for a confirmation hearing To January 14, 2020 at 10:00 a.m.

`                                    Respectfully submitted,

/s/ William C. Miller

Date: November 12, 2019          _____
William C. Miller, Esquire
Chapter 13 Standing Trustee