IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : BK. No. 18-17497 AMC
**ANGIE D. VALENTIN**
**D/B/A UNITY INVESTMENTS, LLC** Chapter No. 13
          **Debtor** :
:
**THE BANK OF NEW YORK MELLON, F/K/A** :
**THE BANK OF NEW YORK AS SUCCESSOR** :
**IN INTEREST TO JPMORGAN CHASE BANK,** :
**N.A. AS TRUSTEE FOR NOVASTAR** :
**MORTGAGE FUNDING TRUST, SERIES 2005-** :
**1, NOVASTAR HOME EQUITY LOAN ASSET-** :
**BACKED CERTIFICATES, SERIES 2005-1** :
          **Movant** :
          v. :
**ANGIE D. VALENTIN** :
**D/B/A UNITY INVESTMENTS, LLC**
**WILLIAM CLAUDIO**
          **Respondents**

### ORDER GRANTING RELIEF FROM THE STAY IN ORDER TO PROCEED WITH LOAN MODIFICATION

**AND NOW**, this 18th day of February, 2020, at **PHILADELPHIA**, upon Motion of **THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2005-1, NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-1** (Movant), it is:

**ORDERED**, that approval and recording (if applicable) of the loan modification shall in no way constitute a violation of the automatic stay; and it is further;

**ORDERED** that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law;

**ORDERED** that Rule 4001(a)(3) is not applicable and **THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2005-1, NOVASTAR HOME EQUITY LOAN ASSET-**

**BACKED CERTIFICATES, SERIES 2005-1** may immediately enforce and implement this Order granting Relief from the Automatic Stay for the limited purpose of recording and completing the loan modification.

_____
ASHELY M. CHAN, Bankruptcy Judge

WILLIAM C. MILLER, ESQ. (TRUSTEE)
P.O. BOX 1229
PHILADELPHIA, PA 19105

WILLIAM CLAUDIO
2137 NORTH HOPE STREET
PHILADELPHIA, PA 19122-1708

JOSEPH VACCARO, ESQUIRE
5908 TORRESDALE AVENUE
PHILADELPHIA, PA 19135

ANGIE D. VALENTIN
4519 HIGBEE STREET
PHILADELPHIA, PA 19135