United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-17497-amc
Angie D. Valentin                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi            Page 1 of 1            Date Rcvd: Feb 18, 2020
                       Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2020.
db            +Angie D. Valentin,    4519 Higbee Street,    Philadelphia, PA 19135-3628
14230142      +WILLIAM CLAUDIO,    2137 NORTH HOPE STREET,    PHILADELPHIA, PA 19122-1708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2020 at the address(es) listed below:
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon Et Al
               jerome.blank@phelanhallinan.com
              JOSEPH  VACCARO    on behalf of Debtor Angie D. Valentin vaccaroesq@erielawcenter.com,
               acevedoesq@erielawcenter.com
              JOSHUA  DOMER    on behalf of Creditor    City of Philadelphia joshua.domer@phila.gov,
               karena.blaylock@phila.gov
              MARIO J. HANYON    on behalf of Creditor    The Bank Of New York Mellon Et Al paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON
               BEHALF OF THE HOLDERS OF THE CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-3
               bkgroup@kmllawgroup.com
              ROBERT J. DAVIDOW    on behalf of Creditor    The Bank Of New York Mellon Et Al
               robert.davidow@phelanhallinan.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    The Bank Of New York Mellon Et Al paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | BK. No. 18-17497 AMC |
| **ANGIE D. VALENTIN** | |
| **D/B/A UNITY INVESTMENTS, LLC** | Chapter No. 13 |
| Debtor : | |
| : | |
| **THE BANK OF NEW YORK MELLON, F/K/A** : | |
| **THE BANK OF NEW YORK AS SUCCESSOR** : | |
| **IN INTEREST TO JPMORGAN CHASE BANK,** : | |
| **N.A. AS TRUSTEE FOR NOVASTAR** : | |
| **MORTGAGE FUNDING TRUST, SERIES 2005-** : | |
| **1, NOVASTAR HOME EQUITY LOAN ASSET-** : | |
| **BACKED CERTIFICATES, SERIES 2005-1** : | |
| Movant : | |
| v. : | |
| **ANGIE D. VALENTIN** : | |
| **D/B/A UNITY INVESTMENTS, LLC** | |
| **WILLIAM CLAUDIO** | |
| **Respondents** | |

**ORDER GRANTING RELIEF FROM THE STAY IN ORDER TO PROCEED WITH
LOAN MODIFICATION**

     **AND NOW**, this 18th day of February, 2020, at **PHILADELPHIA**, upon Motion of **THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2005-1, NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-1** (Movant), it is:

     **ORDERED**, that approval and recording (if applicable) of the loan modification shall in no way constitute a violation of the automatic stay; and it is further;

     **ORDERED** that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law;

     **ORDERED** that Rule 4001(a)(3) is not applicable and **THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2005-1, NOVASTAR HOME EQUITY LOAN ASSET-**

**BACKED CERTIFICATES, SERIES 2005-1** may immediately enforce and implement this Order granting Relief from the Automatic Stay for the limited purpose of recording and completing the loan modification.

_____
ASHELY M. CHAN, Bankruptcy Judge

WILLIAM C. MILLER, ESQ. (TRUSTEE)
P.O. BOX 1229
PHILADELPHIA, PA 19105

JOSEPH VACCARO, ESQUIRE
5908 TORRESDALE AVENUE
PHILADELPHIA, PA 19135

WILLIAM CLAUDIO
2137 NORTH HOPE STREET
PHILADELPHIA, PA 19122-1708

ANGIE D. VALENTIN
4519 HIGBEE STREET
PHILADELPHIA, PA 19135