UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT of PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
|    *ANGIE D. VALENTIN,* | ) | CASE No.:  18-17497 |
|          DEBTOR | ) | |
| | ) | CHAPTER THIRTEEN |
| ADDRESS: | ) | |
| | ) | |
|    4519 HIGBEE STREET | ) | |
|    PHILADELPHIA, PA  19135 | ) | |
| | ) | |
| LAST FOUR DIGITS OF SSN / ITIN: | ) | |
| | ) | |
|    XXX-XX-8481 | ) | |

### NOTICE OF PARTIAL OBJECTION TO CLAIM

TO:    THE CITY OF PHILADELPHIA – LAW TAX & REVENUE UNIT
         C/O MEGAN HARPER
         C/O JOSHUA DOMER, Esq.
         1401 JFK BOULEVARD, FIFTH FLOOR
         PHILADELPHIA, PA  19102-1595

CREDITOR No.:    14321540

THE DEBTOR, **ANGIE VALENTIN** has filed a partial objection to your claim (REGISTER No.: **6-2**) IN THE AMOUNT OF **$17,202.78** in this bankruptcy case.  Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, then on or before _____, you or your lawyer must:

File with the court a written response to the objection, explaining your position, at:

        900 Market Street, # 400
        Philadelphia, PA 19107

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above.

You must also send a copy to:  JOSEPH VACCARO, Esq.
                5918 TORRESDALE AVENUE
                PHILADELPHIA, PA  19135

                vaccaroesq@erielawcenter.com

Attend the hearing on the objection, scheduled to be held on **TUESDAY, MAY 12, 2020**, at **11:00 A.M.** in Courtroom **FOUR**, United States Bankruptcy Court, **900 MARKET STREET, SECOND FLOOR, PHILADELPHIA, PA  19107**.

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.


Date:  MARCH 31, 2020       RESPECTFULLY SUBMITTED,
                /S/ Joseph Vaccaro
                JOSEPH VACCARO, Esq.
                ATTORNEY ID:  83366
                5918 TORRESDALE AVENUE
                PHILADELPHIA, PA  19135

                TEL:   (215)  527 – 0887
                FAX:   (215)  533 – 5353
                E-MAIL: vaccaroesq@erielawcenter.com