**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

*In Re:*

ANGIE D. VALENTIN,

Debtor.

Case No.:    18 – 17497 – AMC

CHAPTER:    THIRTEEN

**PRE-CONFIRMATION
CERTIFICATION OF COMPLIANCE WITH
POST-PETITION OBLIGATIONS
IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)**

I, ANGIE D. VALENTIN, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on **August 11, 2020.**

2. The above named Debtor has paid all post – petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor has filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

RESPECTFULLY,
/s/ Angie D. Valentin
ANGIE D. VALENTIN