IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                          :
                                                :       In Chapter 13
        ANGIE D. VALENTIN,                      :
                                                :       Bankruptcy No. 18-17497 (AMC)
                                Debtor.         :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Second Amended Chapter 13 Plan (Document #71) which was filed on March 12, 2020.

                                                Respectfully submitted,

                                                THE CITY OF PHILADELPHIA

Dated: June 28, 2020        By:    /s/ *Joshua Domer*
                                                JOSHUA DOMER
                                                Assistant City Solicitor
                                                PA Attorney I.D. 319190
                                                Attorney for the City of Philadelphia
                                                    and/or
                                                Water Revenue Bureau
                                                City of Philadelphia Law Department
                                                Municipal Services Building
                                                1401 JFK Boulevard, 5th Floor
                                                Philadelphia, PA 19102-1595
                                                215-686-0519 (phone)
                                                Email: Joshua.Domer@phila.gov