United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-17497-amc
Angie D. Valentin                                                         Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 1      Date Rcvd: Jun 26, 2020
                      Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2020.
db          +Angie D. Valentin,   4519 Higbee Street,   Philadelphia, PA 19135-3628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2020 at the address(es) listed below:
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com, ecfemails@ph13trustee.com
          JEROME B. BLANK    on behalf of Creditor   The Bank Of New York Mellon Et Al jerome.blank@phelanhallinan.com
          JOSEPH VACCARO    on behalf of Debtor Angie D. Valentin vaccaroesq@erielawcenter.com, acevedoesq@erielawcenter.com
          JOSHUA DOMER    on behalf of Creditor   City of Philadelphia joshua.domer@phila.gov, karena.blaylock@phila.gov
          MARIO J. HANYON    on behalf of Creditor   The Bank Of New York Mellon Et Al paeb@fedphe.com
          REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-3 bkgroup@kmllawgroup.com
          ROBERT J. DAVIDOW    on behalf of Creditor   The Bank Of New York Mellon Et Al robert.davidow@phelanhallinan.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor   The Bank Of New York Mellon Et Al paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                               TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re                                          :
                                               :        Chapter 13
    ANGIE D. VALENTIN,                   :
                                               :        Bankruptcy No. 18-17497 (AMC)
                       Debtor.    :
---------------------------------------------------------x

### STIPULATION RESOLVING DEBTOR'S OBJECTIONS TO THE CITY OF PHILADELPHIA'S PROOF OF CLAIM

Angie Valentin (the "Debtor") and the City of Philadelphia (the "City"), to resolve the Debtor's objection to the City's Proof of Claim #6-2, hereby agree to this Stipulation Resolving Debtor's Objections to the City of Philadelphia's Proof of Claim (the "Stipulation"):

WHEREAS, the Debtor commenced the above-captioned bankruptcy case on November 12, 2018;

WHEREAS, on August 06, 2019, the City filed proof of claim number 6-2 in the amount of Seventeen Thousand Two Hundred Two Dollars and Seventy-Eight Cents ($17,202.78) (the "Claim");

WHEREAS, the Claim includes two code enforcement judgments against the Debtor, in the total amount of Ten Thousand One Hundred Seventy-Three Dollars ($10,173.00), entered in the Philadelphia Municipal Court for failing to timely file tax returns (case numbers CE-09-12-73-0852 and CE-09-12-73-1307) (the "Judgments");

WHEREAS, subsequent to the entry of the Judgments and the preparation of the Claim, the Debtor filed the missing returns;

WHEREAS, on March 31, 2020, the Debtor asserted objections to the Claim (the "Objection") [Docket No. 72];

NOW, THEREFORE, in consideration of the background set forth above and the terms and conditions of this Stipulation as more fully set forth below, the Debtor and the City (collectively referred to as the "Parties") agree to be bound and do hereby stipulate as follows:

1. The Parties wish to amicably resolve the Debtor's Objection to the Claim.

2. The Parties agree the Judgments shall be reduced to One Thousand one Hundred Seventy-Three Dollars ($1,173.00).

3. Within ten (20) days of this Stipulation receiving approval by this Honorable Court, the City shall amend its Claim to reflect the adjustment noted in paragraph 2 (the "Amended Claim").

4. Debtor's Plan shall provide for payment in full of the City's Amended Claim.

5. The terms of this Stipulation shall not be binding upon the City should this case be dismissed or converted to a case under Chapter 7 of the Bankruptcy Code.

Respectfully submitted,

Date: June 23, 2020

/s/ Joseph Vaccaro #83366
Joseph Vaccaro, Esq.
For the Debtor

Date: June 23, 2020

Joshua Domer, Esq.
Assistant City Solicitor
Attorney for the City of Philadelphia

AND NOW, this _____ day of _____, 2020, upon consideration of the Stipulation between Angie D. Valentin and the City of Philadelphia, it is hereby ORDERED that the Stipulation is approved.

**Date: June 24, 2020**

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

2