**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

*In Re:*

ANGIE D. VALENTIN,

Debtor.

Case No.:    18 – 17497 – AMC

CHAPTER:    THIRTEEN

**PRAECIPE TO WITHDRAW OBJECTION**

TO THE HONORABLE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Debtor's Partial Objection to the City's Claim (Document No.: 72), which was filed on March 31, 2020.

RESPECTFULLY,
/s/ Joseph Vaccaro
JOSEPH VACCARO
ATTORNEY ID No.: 83366
5918 TORRESDALE AVENUE
PHILADELPHIA, PA  19135

TEL:   215-527-0887
FAX:   215-533-5353
VACCAROESQ@ERIELAWCENTER.COM

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

*In Re:*

ANGIE D. VALENTIN,

Debtor.

Case No.:   18 – 17497 – AMC

CHAPTER:   THIRTEEN

**CERTIFICATE OF SERVICE**

It is hereby Certified that a True & Correct Copy of the within

**PRAECIPE TO WITHDRAW OBJECTION**

was served upon:

> THE CITY OF PHILADELPHIA – LAW TAX & REVENUE UNIT
> C/O MEGAN HARPER
> C/O JOSHUA DOMER, Esq.
> 1401 JFK BOULEVARD, FIFTH FLOOR
> PHILADELPHIA, PA  19102-1595

today, via the Court's Electronic Filing System & electronic mail:

> megan.harper@phila.gov
> joshua.domer@phila.gov
> karena.blaylock@phila.gov

RESPECTFULLY,
/s/ Joseph Vaccaro
JOSEPH VACCARO
ATTORNEY ID No.:  83366
5918 TORRESDALE AVENUE
PHILADELPHIA, PA  19135

TEL:  215-527-0887
FAX:  215-533-5353
VACCAROESQ@ERIELAWCENTER.COM