# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Chapter 13

ANGIE D VALENTIN  Bankruptcy No. 18-17497-AMC

4519 HIGBEE STREET

PHILADELPHIA, PA 19135

Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
ANGIE D VALENTIN

4519 HIGBEE STREET

PHILADELPHIA, PA 19135

**Counsel for debtor(s), by electronic notice only.**
JOSEPH VACCARO
5908 TORRESDALE AVE

PHILADELPHIA, PA 19135

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 6/30/2020                                           /s/ William C. Miller

                                           _____
                                           William C. Miller, Esquire
                                           Chapter 13 Standing Trustee