**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-17497-AMC |
| ANGIE D VALENTIN | ) | CHAPTER 13 |
| DEBTOR | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 2137N HOPE ST, PHILADELPHIA, PA 19122 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******6360**

NOW COMES The Bank of New York Mellon, f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, N.A. as Trustee for NovaStar Mortgage Funding Trust, Series 2005-1, NovaStar Home Equity Loan Asset-Backed Certificates, Series 2005-1, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a secured creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Andrew Spivack
Brock and Scott, PLLC
Attorneys at Law
610 Old York Road, Suite 400
Jenkintown, PA 19046
PABKR@brockandscott.com

PHH Mortgage Corporation
1661 Worthington Road, Suite 100
West Palm Beach, Florida 33409

20-07240 BKPOC01




Please take notice that the undersigned hereby appears as counsel for The Bank of New York Mellon, f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, N.A. as Trustee for NovaStar Mortgage Funding Trust, Series 2005-1, NovaStar Home Equity Loan Asset-Backed Certificates, Series 2005-1 pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

RESPECTFULLY SUBMITTED,

/s/ Andrew Spivack
Andrew Spivack
Attorney at Law (84439)
Brock & Scott, PLLC
610 Old York Road, Suite 400
Jenkintown, PA 19046
844-856-6646 x3017
704-369-0760
PABKR@brockandscott.com

20-07240 BKPOC01

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Appearance has been electronically served or mailed, postage prepaid on <u>November 4, 2020</u> to the following:

ANGIE D VALENTIN
4519 HIGBEE STREET
PHILADELPHIA, PA 19135

JOSEPH VACCARO, Debtor's Attorney
5908 TORRESDALE AVE
PHILADELPHIA, PA 19135

William C. Miller, Bankruptcy Trustee
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

United States Trustee, US Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

/s/ Andrew Spivack
Andrew Spivack
Attorney at Law (84439)
Brock & Scott, PLLC
610 Old York Road, Suite 400
Jenkintown, PA 19046
844-856-6646 x3017
704-369-0760
PABKR@brockandscott.com

20-07240 BKPOC01