**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

*In Re:*

ANGIE D. VALENTIN,

Debtor.

Case No.:     18 – 17497 – AMC

CHAPTER:          THIRTEEN

**DEBTOR'S RESPONSE IN OPPOSITION TO THE TRUSTEE'S MOTION TO DISMISS**

TO THE HONORABLE JUDGES OF THE BANKRUPTCY COURT:

Debtor, Angie D. Valentin, through her attorney, Joseph Vaccaro respectfully submits this opposition to the Trustee's Motion to Dismiss (Documents 93, 94, 98, & 99).

1.  Debtor has filed an amended plan to which no creditor nor the Trustee have objected.

2.  Debtor respectfully submits & avers that any and all issues surrounding objections to the previous plans have been resolved.

3.  Part of the delay in submitting a Chapter 13 plan to which no parties objected was the difficulty in reaching an amicable resolution of the City of Philadelphia's claims due to the City shut-down imposed by the Covid-19 pandemic.

4.  However, these issues have been resolved.

5.  Throughout this time, Debtor has been making her monthly payments:  the last payment she has made was on November 17, 2020; and the Trustee has made its last disbursement on the same day.

6.  Debtor has paid a total of $28,879.00 into the plan to date, out of $46,754.93:  a little over 61%.

7.  A copy of the NDC and Account Statement are attached hereto.

WHEREFORE, the Debtor respectfully requests that this Honorable Court deny the

Trustee's instant motion, permit confirmation of the plan and permit this case to conclude.


RESPECTFULLY,
/s/ Joseph Vaccaro
JOSEPH VACCARO
ATTORNEY ID No.:  83366
5918 TORRESDALE AVENUE
PHILADELPHIA, PA  19135

TEL:   215-527-0887
FAX:   215-533-5353
VACCAROESQ@ERIELAWCENTER.COM

# Case Number 1817497



## Debtor Information

| | |
|---|---|
| Debtor 1 | ANGIE D VALENTIN |
| Debtor 2 | |

## Trustee Information

| | |
|---|---|
| Trustee | William Miller |

### Status

| | |
|---|---|
| Data Last Updated | Nov 30, 2020 |
| Total Paid into Plan | $28,879.00 |
| Petition Filed on | Nov 12, 2018 |

### Debtor's Latest Payments

| | | |
|---|---|---|
| MONEY ORDER | $1,000.00 | 11/17/2020 |
| MONEY ORDER | $571.00 | 11/17/2020 |
| MONEY ORDER | $1,000.00 | 10/26/2020 |

## CASE INFORMATION

| | | | |
|---|---|---|---|
| Case Number | 1817497 | Date Petition Filed | 11/12/2018 |
| Case Status | Active | Date Plan Filed | 01/29/2019 |
| NDC Case Status | Active-Open | First 341 Meeting Date | 03/13/2019 |
| Balance on Hand | $26,515.85 | Date Case Confirmed | |
| Last Receipt Date | 11/17/2020 | Date Case Closed | |
| Last Receipt Amount | $1,000.00 | Bar Date | 01/21/2019 |
| Last Disbursement Date | 11/17/2020 | Cleared Date | |
| Percentage to Unsecured | 0.00% | Date First Payment Due | 12/12/2018 |
| Plan Base | $46,754.93 | Confirmation Hearing Date | |
| Total Paid into Plan | $28,879.00 | Final Report Date | |
| Total Paid to all Parties | $2,363.15 | Hold Permanent | |
| Total Paid to Creditors | $0.00 | Hold Temporary | |
| Plan Terms OR Estimated Months Remaining | 36 | | |
| Delinquency Amount | $4,713.00 | | |
| Court Case Number | | | |
| Proposed Length Of Plan | | | |

## TRUSTEE INFORMATION

| | |
|---|---|
| Trustee Name | William Miller |
| Trustee Percentage | 0.00 |
| Amount Paid to Date | $2,363.15 |

## JUDGE/ATTORNEY INFORMATION

| | |
|---|---|
| Judge Name | AMC |
| Attorney Name | JOSEPH VACCARO |
| Attorney Address | |
| | , |
| Attorney Fee in Plan | $0.00 |
| Attorney Paid to Date | $0.00 |
| Attorney Fee Paid Outside Plan | $0.00 |

## DEBTOR INFORMATION

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| Debtor Name | ANGIE D VALENTIN | Debtor Name | |
| Mailing Address | 4519 HIGBEE STREET | Mailing Address | |

PHILADELPHIA, PA 19135

| | | | |
|---|---|---|---|
| Payroll Deduction Frequency | M | Payroll Deduction Frequency | |
| Payment Amount | $1,571.00 | Payment Amount | $0.00 |

**PLAN STEPS**                                                      **COURT DOCKET**

| START DATE | END DATE | NUMBER OF PAY PERIODS | PAYMENT AMOUNT | PAYMENT FREQUENCY |
|---|---|---|---|---|
| 12/12/2018 | 06/12/2020 | 19 | $25,737.00 | L |
| 07/12/2020 | 11/12/2021 | 17 | $1,571.00 | MONTHLY |

# Account Ledger



Case  1817497    Debtor1  ANGIE D VALENTIN    Trustee  MILLER, WILLIAM (PHILADELPHIA, PA)

**Filter By**    **All Claims**        **All Payees**                    **All Transactions**        **All Time**

## Receipts & Disbursements



| DATE PAID ▼ | CLAIM NUMBER | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 11/17/2020 | | | N/A | MONEY ORDER | $1000.00 |
| 11/17/2020 | | | N/A | MONEY ORDER | $571.00 |
| 11/17/2020 | | 0000000 | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$45.68 |
| 11/17/2020 | | 0000000 | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$80.00 |
| 10/26/2020 | | 0000000 | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$45.68 |
| 10/26/2020 | | 0000000 | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$80.00 |
| 10/26/2020 | | | N/A | MONEY ORDER | $1000.00 |
| 10/26/2020 | | | N/A | MONEY ORDER | $571.00 |
| 09/23/2020 | | | N/A | MONEY ORDER | $1000.00 |
| 09/23/2020 | | | N/A | MONEY ORDER | $571.00 |
| 09/23/2020 | | 0000000 | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$57.10 |
| 09/23/2020 | | 0000000 | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$100.00 |

| DATE PAID ▼ | CLAIM NUMBER | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 08/26/2020 | 0000000 | | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$57.10 |
| 08/26/2020 | 0000000 | | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$100.00 |
| 08/26/2020 | | | N/A | MONEY ORDER | $1000.00 |
| 08/26/2020 | | | N/A | MONEY ORDER | $571.00 |
| 07/23/2020 | | | N/A | MONEY ORDER | $1000.00 |
| 07/23/2020 | | | N/A | MONEY ORDER | $571.00 |
| 07/23/2020 | 0000000 | | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$57.10 |
| 07/23/2020 | 0000000 | | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$100.00 |
| 06/24/2020 | 0000000 | | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$57.10 |
| 06/24/2020 | 0000000 | | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$100.00 |
| 06/24/2020 | | | N/A | MONEY ORDER | $1000.00 |
| 06/24/2020 | | | N/A | MONEY ORDER | $571.00 |
| 05/20/2020 | | | N/A | MONEY ORDER | $1000.00 |
| 05/20/2020 | | | N/A | MONEY ORDER | $571.00 |
| 05/20/2020 | 0000000 | | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$57.10 |
| 05/20/2020 | 0000000 | | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$100.00 |
| 04/22/2020 | 0000000 | | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$41.68 |
| 04/22/2020 | 0000000 | | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$73.00 |
| 04/22/2020 | | | N/A | MONEY ORDER | $1000.00 |
| 04/22/2020 | | | N/A | MONEY ORDER | $571.00 |
| 03/24/2020 | | | N/A | MONEY ORDER | $1000.00 |
| 03/24/2020 | | | N/A | MONEY ORDER | $571.00 |
| 03/24/2020 | 0000000 | | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$41.68 |
| 03/24/2020 | 0000000 | | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$73.00 |
| 02/20/2020 | | | N/A | MONEY ORDER | $1000.00 |
| 02/20/2020 | | | N/A | MONEY ORDER | $571.00 |
| 02/20/2020 | 0000000 | | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$41.68 |
| 02/20/2020 | 0000000 | | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$73.00 |
| 01/21/2020 | 0000000 | | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$41.68 |
| 01/21/2020 | 0000000 | | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$73.00 |
| 01/21/2020 | | | N/A | MONEY ORDER | $1000.00 |

| DATE PAID ▼ | CLAIM NUMBER | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 01/21/2020 | | | N/A | MONEY ORDER | $571.00 |
| 12/19/2019 | | | N/A | MONEY ORDER | $1000.00 |
| 12/19/2019 | | | N/A | MONEY ORDER | $571.00 |
| 12/19/2019 | | 0000000 | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$41.68 |
| 12/19/2019 | | 0000000 | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$73.00 |
| 11/20/2019 | | 0000000 | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$41.68 |
| 11/20/2019 | | 0000000 | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$73.00 |
| 11/20/2019 | | | N/A | MONEY ORDER | $1000.00 |
| 11/20/2019 | | | N/A | MONEY ORDER | $571.00 |
| 10/10/2019 | | | N/A | MONEY ORDER | $1000.00 |
| 10/10/2019 | | | N/A | MONEY ORDER | $472.00 |
| 10/10/2019 | | 0000000 | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$34.46 |
| 10/10/2019 | | 0000000 | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$73.00 |
| 09/10/2019 | | 0000000 | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$35.87 |
| 09/10/2019 | | 0000000 | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$76.00 |
| 09/10/2019 | | | N/A | MONEY ORDER | $1000.00 |
| 09/10/2019 | | | N/A | MONEY ORDER | $472.00 |
| 08/14/2019 | | | N/A | MONEY ORDER | $1000.00 |
| 08/14/2019 | | | N/A | MONEY ORDER | $100.00 |
| 08/14/2019 | | 0000000 | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$7.60 |
| 08/14/2019 | | 0000000 | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$76.00 |
| 07/22/2019 | | 0000000 | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$7.60 |
| 07/22/2019 | | 0000000 | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$76.00 |
| 07/22/2019 | | | N/A | MONEY ORDER | $1000.00 |
| 07/22/2019 | | | N/A | MONEY ORDER | $100.00 |
| 06/07/2019 | | | N/A | MONEY ORDER | $414.00 |
| 06/07/2019 | | 0000000 | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$31.46 |
| 05/20/2019 | | 0000000 | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$31.46 |
| 05/20/2019 | | | N/A | MONEY ORDER | $414.00 |
| 04/29/2019 | | | N/A | MONEY ORDER | $414.00 |
| 04/29/2019 | | 0000000 | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$31.46 |

| DATE PAID ▼ | CLAIM NUMBER | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 03/13/2019 | | 0000000 | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$31.46 |
| 03/13/2019 | | | N/A | MONEY ORDER | $414.00 |
| 02/20/2019 | | | N/A | MONEY ORDER | $414.00 |
| 02/20/2019 | | 0000000 | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$31.46 |
| 02/04/2019 | | 0000000 | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$31.46 |
| 02/04/2019 | | 0000000 | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$31.46 |
| 02/04/2019 | | 0000000 | WILLIAM MILLER | DISBURSEMENT CHECK (PRINCIPAL) | -$31.46 |
| 02/04/2019 | | | N/A | MONEY ORDER | $414.00 |
| 02/04/2019 | | | N/A | MONEY ORDER | $414.00 |
| 02/04/2019 | | | N/A | MONEY ORDER | $414.00 |

| DATE PAID ▼ | CLAIM NUMBER | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

*In Re:*

              ANGIE D. VALENTIN,

                   Debtor.

Case No.:      18 – 17497 – AMC

CHAPTER:          THIRTEEN

**CERTIFICATE OF SERVICE**

It is hereby Certified that a True & Correct Copy of the within

**RESPONSE IN OPPOSITION TO THE TRUSTEE'S MOTION TO DISMISS**

was served upon ALL PARTIES today, via the Court's Electronic Filing System:

RESPECTFULLY,
/s/ Joseph Vaccaro
JOSEPH VACCARO
ATTORNEY ID No.:  83366
5918 TORRESDALE AVENUE
PHILADELPHIA, PA  19135

TEL:   215-527-0887
FAX:  215-533-5353
VACCAROESQ@ERIELAWCENTER.COM