United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-17497-amc |
| Angie D. Valentin | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 3 |
| Date Rcvd: Dec 03, 2020 | Form ID: 152 | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++     Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angie D. Valentin, 4519 Higbee Street, Philadelphia, PA 19135-3628 |
| cr | + | The Bank Of New York Mellon Et Al, c/o THOMAS YOUNG HAE SONG, 1617 JFK Blvd. Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEH, 710 Market Street, Suite 5000, c/o REBECCA ANN SOLARZ, Philadelphia, PA 19106-2312 |
| 14230146 | + | AES/PNC EDUCATION LOAN CENTER, P. O. BOX 61047, HARRISBURG, PA 17106-1047 |
| 14230141 | + | CHRISTOPHER F. BAGNATO, ESQ., LL.M., JENSEN BAGNATO, PC, 1500 WALNUT STREET, SUITE 1920, PHILADELPHIA, PA 19102-3509 |
| 14230143 | + | COMCAST CABLE COMMUNICATIONS, ENHANCED RECOVERY COMPANY, P. O. BOX 57547, JACKSONVILLE, FL 32241-7547 |
| 14230151 | | DIRECT LOAN SVC SYSTEM, P. O. BOX 5609, GREENVILLE, TX 75403-5609 |
| 14230144 | + | GREAT LAKES HIGHER EDUCATION, P. O. BOX 7860, MADISON, WI 53707-7860 |
| 14230140 | + | KML LAW GROUP, P.C., SUITE 5000 BNY MELLON INDEPENDENCE CEN, 701 MARKET STREET, PHILADELPHIA, PA 19106-1541 |
| 14230158 | + | McCABE WEISBERG & CONWAY, P.C., 123 S. BROAD STREET, STE. 2080, PHILADELPHIA, PA 19109-1031 |
| 14230153 | + | OFFICE OF THE PROTHONOTARY, COURT OF COMMON PLEAS, FIRST JUDICIAL DISTRICT OF PENNSYLVANIA, ROOM 284, CITY HALL, PHILADELPHIA, PA 19107-3243 |
| 14230154 | + | OFFICE OF THE SHERIFF, OF PHILADELPHIA COUNTY, 100 S BROAD ST., FIFTH FLOOR, PHILADELPHIA, PA 19110-1023 |
| 14249440 | | THE BANK OF NEW YORK MELLON, et.al., OCWEN LOAN SERVICING, LLC, ATTN: BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14246251 | +++ | The Bank Of New York Mellon Et Al, c/o JEROME B. BLANK, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd. Suite 1400, Philadelphia, PA 19103-1814 |
| 14486621 | | The Bank of New York Mellon, et.al., PHH MORTGAGE CORPORATION, BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14558112 | | The Bank of New York Mellon, et.al., c/o Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 610 Old York Road, Suite 400, Jenkintown, PA 19046 |
| 14231962 | + | U.S. BANK NATIONAL ASSOCIATION, FOR CSMC MORTGAGE-BACKED SERIES 07-00003, c/o REBECCA ANN SOLARZ, 710 Market Street, Suite 5000, Philadelphia, PA 19106-2312 |
| 14230156 | | UDREN LAW OFFICES, P.C., WOODCREST CORPORATE CENTER, 111 WOODCREST ROAD, STE. 200, CHERRY HILL, NJ 08003 3620 |
| 14294948 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14230152 | + | US DEPT. OF EDUCATION/GL, 401 INTERNATIONAL, P. O. BOX 7859, MADISON, WI 53707-7859 |
| 14230142 | + | WILLIAM CLAUDIO, 2137 NORTH HOPE STREET, PHILADELPHIA, PA 19122-1708 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Dec 04 2020 05:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 04 2020 05:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 04 2020 05:07:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | Email/Text: megan.harper@phila.gov | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 04 2020 05:07:00 | City of Philadelphia, City of Philadelphia Law Department, c/o Joshua Domer, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102 |
| 14258774 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2020 04:14:44 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14230155 | | Email/Text: megan.harper@phila.gov | Dec 04 2020 05:07:00 | CITY OF PHILADELPHIA, c/o LAW DEPARTMENT, 1515 ARCH ST, 14TH FLOOR, PHILADELPHIA PA 19107 |
| 14321540 | | Email/Text: megan.harper@phila.gov | Dec 04 2020 05:07:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14344233 | | Email/Text: megan.harper@phila.gov | Dec 04 2020 05:07:00 | City of Philadelphia, Law Department, c/o Joshua Domer, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102 |
| 14230147 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 04 2020 05:07:00 | COMENITY BANK/LIMITED, P. O. BOX 182789, COLUMBUS, OH 43218-2789 |
| 14230145 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 04 2020 05:07:00 | JEFFERSON CAPITAL SYSTEMS, VERIZON WIRELESS, 16 MCLELAND ROAD, St. CLOUD, MN 56303 |
| 14251027 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2020 04:16:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14230148 | + | Email/PDF: pa_dc_claims@navient.com | Dec 04 2020 04:18:24 | SALLIE MAE, P. O. BOX 9500, WILKES BARRE, PA 18773-9500 |
| 14230149 | + | Email/PDF: pa_dc_claims@navient.com | Dec 04 2020 04:16:31 | SALLIE MAE, 123 JUSTISON STREET, WILMINGTON, DE 19801-5360 |
| 14230160 | + | Email/Text: jennifer.chacon@spservicing.com | Dec 04 2020 05:08:00 | SELECT PORTFOLIO SERVICING, P. O. BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 14230150 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 04 2020 04:16:28 | SYNCHRONY BANK/LOWES, P. O. BOX 965005, ORLANDO, FL 32896-5005 |
| 14229432 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 04 2020 04:18:21 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14308745 | | Email/Text: jennifer.chacon@spservicing.com | Dec 04 2020 05:08:00 | U.S. Bank National Association, as trustee et al.., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14230157 | | THE BANK OF NEW YORK MELLON,, SUCCESSOR IN INTEREST TO, JPMORGAN CHASE BANK, NATIONAL, ASSOCIATION AS TRUSTEE FOR THE, REGISTERED HOLDERS OF NOVASTAR, MORTGAGE FUNDING TRUST, SERIES |
| 14230159 | | THE BANK OF NEW YORK MELLON,, AS SUCCESSOR TRUSTEE UNDER, NOVASTAR MORTGAGE FUNDING, TRUST, SERIES 2005-1, SAXON MORTGAGE SERVICES, INC., 4708 MERCANTILE DRIVE NORTH |
| 14230139 | | U.S. BANK NATIONAL ASSOCIATION,, AS TRUSTEE, ON BEHALF OF THE, HOLDERS OF THE CSMC MORTGAGE-, BACKED PASS-THROUGH, CERTIFICATES, SERIES 2007-3, 3217 S. DECKER LAKE DRIVE |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0313-2 | User: Adminstra | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 03, 2020 | Form ID: 152 | Total Noticed: 38 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2020           Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:**

**Name**            **Email Address**

ANDREW L. SPIVACK
　　on behalf of Creditor The Bank Of New York Mellon Et Al andrew.spivack@brockandscott.com  wbecf@brockandscott.com

JACK K. MILLER
　　on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JEROME B. BLANK
　　on behalf of Creditor The Bank Of New York Mellon Et Al jerome.blank@phelanhallinan.com

JOSEPH VACCARO
　　on behalf of Debtor Angie D. Valentin vaccaroesq@erielawcenter.com  acevedoesq@erielawcenter.com

JOSHUA DOMER
　　on behalf of Creditor City of Philadelphia joshua.domer@phila.gov  karena.blaylock@phila.gov

MARIO J. HANYON
　　on behalf of Creditor The Bank Of New York Mellon Et Al mario.hanyon@brockandscott.com  wbecf@brockandscott.com

REBECCA ANN SOLARZ
　　on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-3 bkgroup@kmllawgroup.com

ROBERT J. DAVIDOW
　　on behalf of Creditor The Bank Of New York Mellon Et Al robert.davidow@phelanhallinan.com

THOMAS YOUNG.HAE SONG
　　on behalf of Creditor The Bank Of New York Mellon Et Al paeb@fedphe.com

United States Trustee
　　USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
　　on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
　　ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Angie D. Valentin
    Debtor(s)

Case No: 18−17497−amc
Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 1/26/21 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court

104
Form 152