# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>ANGIE D. VALENTIN DBA UNITY INVESTMENTS, LLC<br>    Debtor | Case No. 18-17497-amc |
| THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2005-1, NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-1,<br>    Movant<br>v.<br>ANGIE D. VALENTIN DBA UNITY INVESTMENTS, LLC<br>WILLIAM CLAUDIO (NON-FILING CO-DEBTOR)<br>WILLIAM C. MILLER, ESQUIRE (TRUSTEE)<br>    Respondents | Chapter 13<br><br>11 U.S.C. §362 and §1301 |

## ORDER MODIFYING §362 AUTOMATIC STAY AND §1301 CO-DEBTOR STAY

**AND NOW**, this 12th day of January, 2021, at **PHILADELPHIA**, upon Motion of (Movant), it is:

**ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic Stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 and 11 U.S.C. §1301 is granted with respect to, 2137 N Hope St, Philadelphia, Pennsylvania 19122 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that relief from any Co-Debtor Stay (if applicable) is hereby granted; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and may immediately enforce and implement this Order granting Relief from the Automatic Stay and Co-Debtor Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
Ashely M. Chan
BANKRUPTCY JUDGE

ANGIE D. VALENTIN D/B/A UNITY INVESTMENTS, LLC
4519 HIGBEE STREET
PHILADELPHIA, PA 19135

ANGIE D. VALENTIN D/B/A UNITY INVESTMENTS, LLC
2137 N HOPE ST
PHILADELPHIA, PA 19122

WILLIAM CLAUDIO, NON-FILING CO-DEBTOR
2137 N HOPE ST
PHILADELPHIA, PA 19122

JOSEPH VACCARO
5908 TORRESDALE AVENUE
PHILADELPHIA, PA 19135

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106