United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-17497-amc |
| Angie D. Valentin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 12, 2021 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angie D. Valentin, 4519 Higbee Street, Philadelphia, PA 19135-3628 |
| cr | + | THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW, 302 Fellowship Road, Suite 130, Brock and Scott, PLLC, Mt. Laurel, NJ 08054, UNITED STATES 08054-1218 |
| cr | + | The Bank Of New York Mellon Et Al, c/o THOMAS YOUNG HAE SONG, 1617 JFK Blvd. Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEH, 710 Market Street, Suite 5000, c/o REBECCA ANN SOLARZ, Philadelphia, PA 19106-2312 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: megan.harper@phila.gov | | |
| | | | Jan 13 2021 03:32:00 | City of Philadelphia, City of Philadelphia Law Department, c/o Joshua Domer, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jan 13 2021 03:21:16 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 14, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|

District/off: 0313-2                      User: admin                              Page 2 of 2
Date Rcvd: Jan 12, 2021                   Form ID: pdf900                          Total Noticed: 6

ANDREW L. SPIVACK
on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK AS SUCCESSOR, ET AL.
andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
on behalf of Creditor The Bank of New York Mellon Et Al andrew.spivack@brockandscott.com  wbecf@brockandscott.com

JACK K. MILLER
on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JEROME B. BLANK
on behalf of Creditor The Bank Of New York Mellon Et Al jerome.blank@phelanhallinan.com

JOSEPH VACCARO
on behalf of Debtor Angie D. Valentin vaccaroesq@erielawcenter.com  acevedoesq@erielawcenter.com

JOSHUA DOMER
on behalf of Creditor City of Philadelphia joshua.domer@phila.gov  karena.blaylock@phila.gov

MARIO J. HANYON
on behalf of Creditor The Bank Of New York Mellon Et Al mario.hanyon@brockandscott.com  wbecf@brockandscott.com

REBECCA ANN SOLARZ
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE
CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-3 bkgroup@kmllawgroup.com

ROBERT J. DAVIDOW
on behalf of Creditor The Bank Of New York Mellon Et Al robert.davidow@phelanhallinan.com

THOMAS YOUNG.HAE SONG
on behalf of Creditor The Bank Of New York Mellon Et Al paeb@fedphe.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.
on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com


TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>ANGIE D. VALENTIN DBA UNITY<br>INVESTMENTS, LLC<br>　　　Debtor | Case No. 18-17497-amc |
| | Chapter 13 |
| THE BANK OF NEW YORK MELLON, F/K/A<br>THE BANK OF NEW YORK AS SUCCESSOR<br>IN INTEREST TO JPMORGAN CHASE BANK,<br>N.A. AS TRUSTEE FOR NOVASTAR<br>MORTGAGE FUNDING TRUST, SERIES 2005-<br>1, NOVASTAR HOME EQUITY LOAN ASSET-<br>BACKED CERTIFICATES, SERIES 2005-1,<br>　　　Movant<br>v.<br>ANGIE D. VALENTIN DBA UNITY<br>INVESTMENTS, LLC<br>WILLIAM CLAUDIO (NON-FILING CO-<br>DEBTOR)<br>WILLIAM C. MILLER, ESQUIRE (TRUSTEE)<br>　　　Respondents | 11 U.S.C. §362 and §1301 |

**ORDER MODIFYING §362 AUTOMATIC STAY AND §1301 CO-DEBTOR STAY**

　　**AND NOW**, this ___12th___ day of ____January____, 2021, at **PHILADELPHIA**, upon Motion of (Movant), it is:

　　**ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

　　**ORDERED** that Relief from the Automatic Stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 and 11 U.S.C. §1301 is granted with respect to, 2137 N Hope St, Philadelphia, Pennsylvania 19122 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

　　**ORDERED** that relief from any Co-Debtor Stay (if applicable) is hereby granted; and it is further;

　　**ORDERED** that Rule 4001(a)(3) is not applicable and may immediately enforce and implement this Order granting Relief from the Automatic Stay and Co-Debtor Stay; and it is further;

　　**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
Ashely M. Chan
BANKRUPTCY JUDGE


ANGIE D. VALENTIN D/B/A UNITY INVESTMENTS, LLC
4519 HIGBEE STREET
PHILADELPHIA, PA 19135

ANGIE D. VALENTIN D/B/A UNITY INVESTMENTS, LLC
2137 N HOPE ST
PHILADELPHIA, PA 19122

WILLIAM CLAUDIO, NON-FILING CO-DEBTOR
2137 N HOPE ST
PHILADELPHIA, PA 19122

JOSEPH VACCARO
5908 TORRESDALE AVENUE
PHILADELPHIA, PA 19135

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106