United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Angie D. Valentin  
    Debtor

Case No. 18-17497-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 26, 2021      Form ID: 155      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++      Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angie D. Valentin, 4519 Higbee Street, Philadelphia, PA 19135-3628 |
| 14230146 | + | AES/PNC EDUCATION LOAN CENTER, P. O. BOX 61047, HARRISBURG, PA 17106-1047 |
| 14230141 | + | CHRISTOPHER F. BAGNATO, ESQ., LL.M., JENSEN BAGNATO, PC, 1500 WALNUT STREET, SUITE 1920, PHILADELPHIA, PA 19102-3509 |
| 14230143 | + | COMCAST CABLE COMMUNICATIONS, ENHANCED RECOVERY COMPANY, P. O. BOX 57547, JACKSONVILLE, FL 32241-7547 |
| 14230151 | | DIRECT LOAN SVC SYSTEM, P. O. BOX 5609, GREENVILLE, TX 75403-5609 |
| 14230144 | + | GREAT LAKES HIGHER EDUCATION, P. O. BOX 7860, MADISON, WI 53707-7860 |
| 14230140 | + | KML LAW GROUP, P.C., SUITE 5000 BNY MELLON INDEPENDENCE CEN, 701 MARKET STREET, PHILADELPHIA, PA 19106-1541 |
| 14230158 | + | McCABE WEISBERG & CONWAY, P.C., 123 S. BROAD STREET, STE. 2080, PHILADELPHIA, PA 19109-1031 |
| 14230153 | + | OFFICE OF THE PROTHONOTARY, COURT OF COMMON PLEAS, FIRST JUDICIAL DISTRICT OF PENNSYLVANIA, ROOM 284, CITY HALL, PHILADELPHIA, PA 19107-3243 |
| 14230154 | + | OFFICE OF THE SHERIFF, OF PHILADELPHIA COUNTY, 100 S BROAD ST., FIFTH FLOOR, PHILADELPHIA, PA 19110-1023 |
| 14249440 | | THE BANK OF NEW YORK MELLON, et.al., OCWEN LOAN SERVICING, LLC, ATTN: BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14246251 | +++ | The Bank Of New York Mellon Et Al, c/o JEROME B. BLANK, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd. Suite 1400, Philadelphia, PA 19103-1814 |
| 14486621 | | The Bank of New York Mellon, et.al., PHH MORTGAGE CORPORATION, BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14558112 | | The Bank of New York Mellon, et.al., c/o Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 610 Old York Road, Suite 400 Jenkintown, PA 19046 |
| 14231962 | + | U.S. BANK NATIONAL ASSOCIATION, FOR CSMC MORTGAGE-BACKED SERIES 07-00003, c/o REBECCA ANN SOLARZ, 710 Market Street, Suite 5000, Philadelphia, PA 19106-2312 |
| 14230156 | | UDREN LAW OFFICES, P.C., WOODCREST CORPORATE CENTER, 111 WOODCREST ROAD, STE. 200, CHERRY HILL, NJ 08003 3620 |
| 14294948 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14230152 | + | US DEPT. OF EDUCATION/GL, 401 INTERNATIONAL, P. O. BOX 7859, MADISON, WI 53707-7859 |
| 14230142 | + | WILLIAM CLAUDIO, 2137 NORTH HOPE STREET, PHILADELPHIA, PA 19122-1708 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14258774 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2021 02:59:47 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14230155 | Email/Text: megan.harper@phila.gov | Jan 27 2021 02:53:00 | CITY OF PHILADELPHIA, c/o LAW DEPARTMENT, 1515 ARCH ST, 14TH FLOOR, PHILADELPHIA PA 19107 |
| 14321540 | Email/Text: megan.harper@phila.gov | Jan 27 2021 02:53:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14344233 | Email/Text: megan.harper@phila.gov | Jan 27 2021 02:53:00 | City of Philadelphia, Law Department, c/o Joshua Domer, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 26, 2021 | Form ID: 155 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14230147 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2021 02:52:00 | COMENITY BANK/LIMITED, P. O. BOX 182789, COLUMBUS, OH 43218-2789 |
| 14230145 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 27 2021 02:52:00 | JEFFERSON CAPITAL SYSTEMS, VERIZON WIRELESS, 16 MCLELAND ROAD, St. CLOUD, MN 56303 |
| 14251027 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2021 02:59:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14230148 | + | Email/PDF: pa_dc_claims@navient.com | Jan 27 2021 03:03:04 | SALLIE MAE, P. O. BOX 9500, WILKES BARRE, PA 18773-9500 |
| 14230149 | + | Email/PDF: pa_dc_claims@navient.com | Jan 27 2021 03:03:05 | SALLIE MAE, 123 JUSTISON STREET, WILMINGTON, DE 19801-5360 |
| 14230160 | + | Email/Text: jennifer.chacon@spservicing.com | Jan 27 2021 02:53:00 | SELECT PORTFOLIO SERVICING, P. O. BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 14230150 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 03:03:03 | SYNCHRONY BANK/LOWES, P. O. BOX 965005, ORLANDO, FL 32896-5005 |
| 14229432 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 03:03:03 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14308745 | | Email/Text: jennifer.chacon@spservicing.com | Jan 27 2021 02:53:00 | U.S. Bank National Association, as trustee et al.., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14230157 | | THE BANK OF NEW YORK MELLON,, SUCCESSOR IN INTEREST TO, JPMORGAN CHASE BANK, NATIONAL, ASSOCIATION AS TRUSTEE FOR THE, REGISTERED HOLDERS OF NOVASTAR, MORTGAGE FUNDING TRUST, SERIES |
| 14230159 | | THE BANK OF NEW YORK MELLON,, AS SUCCESSOR TRUSTEE UNDER, NOVASTAR MORTGAGE FUNDING, TRUST, SERIES 2005-1, SAXON MORTGAGE SERVICES, INC., 4708 MERCANTILE DRIVE NORTH |
| 14230139 | | U.S. BANK NATIONAL ASSOCIATION,, AS TRUSTEE, ON BEHALF OF THE, HOLDERS OF THE CSMC MORTGAGE-, BACKED PASS-THROUGH, CERTIFICATES, SERIES 2007-3, 3217 S. DECKER LAKE DRIVE |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 28, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 26, 2021 | Form ID: 155 | Total Noticed: 32 |

ANDREW L. SPIVACK
 on behalf of Creditor The Bank Of New York Mellon Et Al andrew.spivack@brockandscott.com  wbecf@brockandscott.com

ANDREW L. SPIVACK
 on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK AS SUCCESSOR, ET AL. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

JACK K. MILLER
 on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JEROME B. BLANK
 on behalf of Creditor The Bank Of New York Mellon Et Al jerome.blank@phelanhallinan.com

JOSEPH VACCARO
 on behalf of Debtor Angie D. Valentin vaccaroesq@erielawcenter.com  acevedoesq@erielawcenter.com

JOSHUA DOMER
 on behalf of Creditor City of Philadelphia joshua.domer@phila.gov  karena.blaylock@phila.gov

MARIO J. HANYON
 on behalf of Creditor The Bank Of New York Mellon Et Al wbecf@brockandscott.com  wbecf@brockandscott.com

REBECCA ANN SOLARZ
 on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-3 bkgroup@kmllawgroup.com

ROBERT J. DAVIDOW
 on behalf of Creditor The Bank Of New York Mellon Et Al robert.davidow@phelanhallinan.com

THOMAS YOUNG.HAE SONG
 on behalf of Creditor The Bank Of New York Mellon Et Al paeb@fedphe.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
 on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
 ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Angie D. Valentin
       Debtor(s)

Chapter: 13

Bankruptcy No: 18−17497−amc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this January 26, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge ,
United States Bankruptcy Court

118
Form 155