United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 18-17497-amc
Angie D. Valentin                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                         User: admin                                 Page 1 of 3
Date Rcvd: Mar 22, 2022                      Form ID: 138OBJ                             Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++    Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angie D. Valentin, 4519 Higbee Street, Philadelphia, PA 19135-3628 |
| 14230146 | + | AES/PNC EDUCATION LOAN CENTER, P. O. BOX 61047, HARRISBURG, PA 17106-1047 |
| 14230141 | + | CHRISTOPHER F. BAGNATO, ESQ., LL.M., JENSEN BAGNATO, PC, 1500 WALNUT STREET, SUITE 1920, PHILADELPHIA, PA 19102-3509 |
| 14230143 | + | COMCAST CABLE COMMUNICATIONS, ENHANCED RECOVERY COMPANY, P. O. BOX 57547, JACKSONVILLE, FL 32241-7547 |
| 14230151 | | DIRECT LOAN SVC SYSTEM, P. O. BOX 5609, GREENVILLE, TX 75403-5609 |
| 14230140 | + | KML LAW GROUP, P.C., SUITE 5000 BNY MELLON INDEPENDENCE CEN, 701 MARKET STREET, PHILADELPHIA, PA 19106-1541 |
| 14230158 | + | McCABE WEISBERG & CONWAY, P.C., 123 S. BROAD STREET, STE. 2080, PHILADELPHIA, PA 19109-1031 |
| 14230153 | + | OFFICE OF THE PROTHONOTARY, COURT OF COMMON PLEAS, FIRST JUDICIAL DISTRICT OF PENNSYLVANIA, ROOM 284, CITY HALL, PHILADELPHIA, PA 19107-3243 |
| 14230154 | + | OFFICE OF THE SHERIFF, OF PHILADELPHIA COUNTY, 100 S BROAD ST., FIFTH FLOOR, PHILADELPHIA, PA 19110-1023 |
| 14230149 | + | SALLIE MAE, 123 JUSTISON STREET, WILMINGTON, DE 19801-5360 |
| 14230160 | + | SELECT PORTFOLIO SERVICING, P. O. BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 14249440 | | THE BANK OF NEW YORK MELLON, et.al., OCWEN LOAN SERVICING, LLC, ATTN: BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14246251 | +++ | The Bank Of New York Mellon Et Al, c/o JEROME B. BLANK, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd. Suite 1400, Philadelphia, PA 19103-1814 |
| 14486621 | | The Bank of New York Mellon, et.al., PHH MORTGAGE CORPORATION, BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14558112 | | The Bank of New York Mellon, et.al., c/o Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 610 Old York Road, Suite 400 Jenkintown, PA 19046 |
| 14231962 | + | U.S. BANK NATIONAL ASSOCIATION, FOR CSMC MORTGAGE-BACKED SERIES 07-00003, c/o REBECCA ANN SOLARZ, 710 Market Street, Suite 5000, Philadelphia, PA 19106-2312 |
| 14308745 | | U.S. Bank National Association, as trustee et al.., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14230156 | | UDREN LAW OFFICES, P.C., WOODCREST CORPORATE CENTER, 111 WOODCREST ROAD, STE. 200, CHERRY HILL, NJ 08003 3620 |
| 14294948 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14230152 | + | US DEPT. OF EDUCATION/GL, 401 INTERNATIONAL, P. O. BOX 7859, MADISON, WI 53707-7859 |
| 14230142 | + | WILLIAM CLAUDIO, 2137 NORTH HOPE STREET, PHILADELPHIA, PA 19122-1708 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 22 2022 23:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2022 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 22 2022 23:55:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14258774 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2022 23:56:10 | CACH, LLC, Resurgent Capital Services, PO Box |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 10587, Greenville, SC 29603-0587 |
| 14344233 | | Email/Text: megan.harper@phila.gov | Mar 22 2022 23:55:00 | City of Philadelphia, Law Department, c/o Joshua Domer, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102 |
| 14230155 | | Email/Text: megan.harper@phila.gov | Mar 22 2022 23:55:00 | CITY OF PHILADELPHIA, c/o LAW DEPARTMENT, 1515 ARCH ST, 14TH FLOOR, PHILADELPHIA PA 19107 |
| 14321540 | | Email/Text: megan.harper@phila.gov | Mar 22 2022 23:55:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14230147 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 22 2022 23:54:00 | COMENITY BANK/LIMITED, P. O. BOX 182789, COLUMBUS, OH 43218-2789 |
| 14230144 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Mar 22 2022 23:54:00 | GREAT LAKES HIGHER EDUCATION, P. O. BOX 7860, MADISON, WI 53707-7860 |
| 14230145 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 22 2022 23:55:00 | JEFFERSON CAPITAL SYSTEMS, VERIZON WIRELESS, 16 MCLELAND ROAD, St. CLOUD, MN 56303 |
| 14251027 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2022 23:56:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14230148 | + | Email/PDF: pa_dc_claims@navient.com | Mar 22 2022 23:56:15 | SALLIE MAE, P. O. BOX 9500, WILKES BARRE, PA 18773-9500 |
| 14230150 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2022 23:56:16 | SYNCHRONY BANK/LOWES, P. O. BOX 965005, ORLANDO, FL 32896-5005 |
| 14229432 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2022 23:56:16 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14230157 | | THE BANK OF NEW YORK MELLON,, SUCCESSOR IN INTEREST TO, JPMORGAN CHASE BANK, NATIONAL, ASSOCIATION AS TRUSTEE FOR THE, REGISTERED HOLDERS OF NOVASTAR, MORTGAGE FUNDING TRUST, SERIES |
| 14230159 | | THE BANK OF NEW YORK MELLON,, AS SUCCESSOR TRUSTEE UNDER, NOVASTAR MORTGAGE FUNDING, TRUST, SERIES 2005-1, SAXON MORTGAGE SERVICES, INC., 4708 MERCANTILE DRIVE NORTH |
| 14230139 | | U.S. BANK NATIONAL ASSOCIATION,, AS TRUSTEE, ON BEHALF OF THE, HOLDERS OF THE CSMC MORTGAGE-, BACKED PASS-THROUGH, CERTIFICATES, SERIES 2007-3, 3217 S. DECKER LAKE DRIVE |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 24, 2022      Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor The Bank Of New York Mellon Et Al andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK AS SUCCESSOR, ET AL. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JEROME B. BLANK | on behalf of Creditor The Bank Of New York Mellon Et Al jerome.blank@phelanhallinan.com |
| JOSEPH VACCARO | on behalf of Debtor Angie D. Valentin vaccaroesq@erielawcenter.com  acevedoesq@erielawcenter.com |
| JOSHUA DOMER | on behalf of Creditor City of Philadelphia joshua.domer@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor The Bank Of New York Mellon Et Al wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-3 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| ROBERT J. DAVIDOW | on behalf of Creditor The Bank Of New York Mellon Et Al robert.davidow@phelanhallinan.com |
| THOMAS SONG | on behalf of Creditor The Bank Of New York Mellon Et Al tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Angie D. Valentin
    Debtor(s)

Case No: 18−17497−amc

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/22/22

125 − 124
Form 138OBJ